IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01148-MSK-MJW

RANDY PERSONEOUS,

        Plaintiff,

v.

COUNTY OF MESA,
STAN HILKEY, individually and in his capacity as Sheriff
   for the County of Mesa,
GLENN WILSON, individually and in his capacity as a Deputy Sheriff
   for the County of Mesa,
ANDREW MEANS, individually and in his capacity as a Deputy Sheriff,
   for the County of Mesa,
MIKE ROBERTS, individually and in his capacity as Cpl. Sheriff
   for County of Mesa,
PHIL STRATTON, individually and in his capacity as a Sgt. Sheriff
   for the County of Mesa,
RICHARD ACREE, individually and in his capacity as a Lt. Sheriff
   for the County of Mesa,
ANITA ABEYTA, individually and in her capacity as a Deputy Sheriff
   for the County of Mesa, and
DOES 1-25, inclusive,

        Defendants.

---

## ORDER REASSIGNING CASE TO MAGISTRATE JUDGE GUDRUN J. RICE

---

This case was originally assigned to Magistrate Judge Michael J. Watanabe.  Because the controversy has a significant connection with the western slope,

**IT IS ORDERED** that the case is reassigned to Magistrate Judge Gudrun J. Rice for pre-trial administration.

Dated this 14th day of September, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge