IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01448-MSK-GJR

RANDY PERSONEOUS,

    Plaintiff,

v.

COUNTY OF MESA,
STAN HILKEY, individually and in his capacity as Sheriff
  for the County of Mesa,
GLENN WILSON, individually and in his capacity as a Deputy Sheriff
  for the County of Mesa,
ANDREW MEANS, individually and in his capacity as a Deputy Sheriff,
  for the County of Mesa,
MIKE ROBERTS, individually and in his capacity as Cpl. Sheriff
  for County of Mesa,
PHIL STRATTON, individually and in his capacity as a Sgt. Sheriff
  for the County of Mesa,
RICHARD ACREE, individually and in his capacity as a Lt. Sheriff
  for the County of Mesa,
ANITA ABEYTA, individually and in her capacity as a Deputy Sheriff
  for the County of Mesa, and
DOES 1-25, inclusive,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 14th day of September, 2006

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge