IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Civil Action No. 06-cv-01148-MSK-GJR

RANDY PERSONEOUS,

    Plaintiffs,

v.

COUNTY OF MESA; et al.,

    Defendants.

## ORDER RE: MOTION TO APPEAR BY TELEPHONE

Plaintiff's Motion to Appear at scheduling/planning conference by telephone is DENIED.

The parties are directed to the Court's Order dated September 20, 2006 requiring confidential settlement statements 5 days before the scheduling/planning conference and ordering that the parties should be prepared to discuss settlement at the scheduling/planning conference.

Dated this 1st day of November, 2006.

                        BY THE COURT:

                        s/Gudrun Rice

                        Gudrun Rice
                        United States Magistrate Judge