IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01148-MSK-MJW

RANDY PERSONEOUS,

       Plaintiff,

v.

COUNTY OF MESA,
STAN HILKEY, individually and in his capacity as Sheriff
  for the County of Mesa,
GLENN WILSON, individually and in his capacity as a Deputy Sheriff
  for the County of Mesa,
ANDREW MEANS, individually and in his capacity as a Deputy Sheriff,
  for the County of Mesa,
MIKE ROBERTS, individually and in his capacity as Cpl. Sheriff
  for County of Mesa,
PHIL STRATTON, individually and in his capacity as a Sgt. Sheriff
  for the County of Mesa,
RICHARD ACREE, individually and in his capacity as a Lt. Sheriff
  for the County of Mesa,
ANITA ABEYTA, individually and in her capacity as a Deputy Sheriff
  for the County of Mesa, and
DOES 1-25, inclusive,

       Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the "Stipulation for Dismissal with Prejudice" **(#49)** filed February 14, 2007. The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 14th day of February, 2007

                                                    **BY THE COURT:**

                                                    Marcia S. Krieger
                                                    United States District Judge